**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ZHANG ZHENBIAO,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",<br><br>Defendants. | No. 26-cv-06251<br><br>Judge Joan H. Lefkow<br>Magistrate Judge Gabriel A. Fuentes |

**ORDER REQUIRING DEDUCTION OF**
**SETTLEMENT FUNDS FROM E-COMMERCE PLATFORM**

Plaintiff Zhang Zhenbiao ("Plaintiff") and Defendants listed in **Exhibit 1** ("Defendants") (collectively, the "Parties") reached settlements in this case and executed Confidential Settlement Agreements. Among other terms, the Parties agreed that the Defendants shall pay Plaintiff the settlement in the amounts identified in **Exhibit 1** through a deduction directly from the Defendants' Amazon seller accounts.

It is therefore ordered that Amazon.com, Inc. and Amazon.com Services LLC (collectively, "Amazon") shall deduct the amounts identified in **Exhibit 1** from the seller accounts associated with the Defendants identified therein and remit such amounts to Plaintiff's Counsel within seven (7) days of receiving this Order.

SO ORDERED:

Joan H. Lefkow
United States District Judge

Dated: June 25, 2026

**EXHIBIT 1**

| Doe No. | Merchant ID | Merchant Name | Amount to Deduct |
|---|---|---|---|
| 2 | A3GCFBXY0XJRDS | penghang（跟卖必下测试单） | $1,400 |
| 3 | A2BX385186Y4B0 | pingluxianhongjiajunongnongyekaifayouxiangongsi | $3,000 |
| 5 | A2IJBE62OIFMM3 | PneuElectroHub | $900 |
| 6 | A32TI3DN63T177 | Print Parts Vault ⚡ ⚡ ⚡ | $1,300 |
| 12 | A36EBPAFW4HD4S | quanzhoutonglinshangmaoyouxiangongsi | $600 |
| 22 | AO9NLE0XGBNGT | sanjia-hf | $2,200 |
| 23 | AR449I4L84FH0 | SedollyStore | $700 |
| 24 | A3BKBKRG86YRVI | sen miao shang mao | $2,200 |
| 26 | A29OIGCMEFBU70 | shaowushiminqinlinyekaifayouxiangongsi | $2,000 |
| 28 | A3HBDO6B7ZBE8Z | Shinepac Photo Albums | $2,700 |
| 32 | A18CKU7G8CJHXV | SUODUN | $1,500 |
| 36 | A2RDACGWU1891Q | Teotuli | $4,100 |
| 38 | ANK3SGNQBLBW4 | tianshan1 | $3,900 |
| 39 | A20MLHXQKLFALL | tiegui | $1,500 |
| 40 | A1PRQLXJJTFUER | Tignova | $3,900 |
| 42 | A2CVSAPJV53PLZ | TRiCESS | $2,500 |
| 44 | A3DM29D0F7PZH2 | WangHuaShanXi | $2,400 |
| 48 | A1RSKCVWDH3NJ8 | WCHKUS | $2,600 |
| 49 | A1L34EO4C2EE2W | WenJianZhu | $4,800 |
| 51 | A3U86Q5K8AWMMF | xiafeifeijingpin | $1,300 |
| 54 | A2XM0IXT2F1FGP | XiuChenShangMao | $1,700 |
| 55 | A24EZN2BUWTBIF | XLRStore | $1,000 |
| 56 | A8SKEBEUZI45J | XQZ LLC | $13,000 |
| 57 | AAZDS7UCQT17Y | XueChengShouXingZhuYangZhi | $700 |
| 59 | A3W4REJ3ILKQO0 | yaohuishop | $1,000 |
| 60 | A2ECG84JWZCQ8W | YBDXVX Store US | $2,400 |
| 62 | AZL3XNS3FP1GZ | YiMeikj | $6,000 |

| | | | |
|---|---|---|---|
| 64 | A2VCVI4D7Z1BP1 | YinXingM | $1,000 |
| 66 | APETUCYF4E3PZ | Yisca | $1,700 |
| 71 | AFZ1QZON9RNE9 | YOOOOO | $1,800 |
| 72 | A3R2U0WV5ATNLW | YoursGoods | $3,100 |
| 73 | A3MUYFJF6YQA1U | YTDGJHY | $4,100 |
| 75 | ANPSHHWYGSUS0 | Yuncheng Glass Products | $1,300 |
| 77 | A1GBB7HMP3LDMA | YunxiaoN | $3,900 |
| 79 | A75GPKYUEPU7L | zaoyangshiyifeifanbianlidian | $1,000 |
| 80 | A1JUCMCJ3WJFIU | zby.store | $600 |
| 81 | A2ZOXT0MD0UZ5H | ZhangJunXia5425 | $3,700 |
| 83 | AA4U90BYUJ1NW | ZhangWenZhouhsg | $2,000 |
| 84 | ATDUOFKDY4YM4 | zhizhouxinxigongcheng(gansu)youxianzerengongsi | $2,000 |
| 85 | A3HJTQAF36EBY5 | zhizhurenzhuangshizhuangxiugongchengyouxiangongsi | $2,900 |
| 87 | A3U6T7DYOHNRYJ | zongyun | $800 |
| 89 | ASUXPXDO6QZXY | 瑞诚禾顺 | $1,600 |